**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELLECI S.P.A., | ) |
| | ) |
| Plaintiff, | ) C.A. No. _____ |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| ELKAY MFG. CO., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT**

Plaintiff Elleci S.p.A. ("Elleci" or "Plaintiff") by and through its attorneys, alleges against Defendant Elkay Manufacturing Company ("Elkay" or "Defendant") as follows:

**NATURE OF THE ACTION**

1. This is a declaratory judgment action seeking a declaration that Elleci does not infringe U.S. Patent No. U.S. Patent No. 10,151,085 (hereinafter the "'085 patent"), which Elkay asserts it owns. A true and correct copy of the '085 patent is attached hereto as Exhibit A.

**THE PARTIES**

2. Plaintiff Elleci is a corporation formed under the laws of Italy having a principal place of business at Strada Longitudinale A 1258, Pontinia (LT) - Zona industriale Mazzocchio, Italy.

3. Upon information and belief, Defendant Elkay is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 1333 Butterfield Road, Suite 200, Downers Grove, IL 60515.

## JURISDICTION AND VENUE

4. This Complaint arises under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq*. and the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties as to Elleci's non-infringement of the '085 patent.

5. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202, and 35 U.S.C. § 100, *et seq*.

6. The Court has personal jurisdiction over Elkay because Elkay is incorporated in this judicial district.

7. Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

## FACTUAL BACKGROUND

8. Elleci was founded in Italy in 1992 and since then has been a leading innovator in the design and manufacture of unique and high-quality kitchen products, including composite sinks, stainless steel sinks, ovens, cooktops, hoods, and related accessories.

9. Among Elleci's products are certain single-basin kitchen sinks of a style commonly known as farmhouse sinks or apron front sinks. Such sinks have an exposed front facing side, known as the apron. The products at issue are apron front sinks molded from granite quartz composite materials.

10. On or about January 2019, Elleci began supplying certain of its apron front sinks to a company known as Kraus USA, Inc. ("Kraus") for sale in the United States. From about January 2019 until about December 2020, Kraus marketed and sold the Elleci apron front sinks in the United States in connection with Kraus' Belluci™ Series collection of farmhouse sinks.

11. On or about March 18, 2019, Elkay, through counsel, sent a letter to Kraus enclosing the '085 patent and stating "[w]e want to bring this patent to your attention so that you may consider it in relation to apron-front sinks offered by, or to be offered for sale by Kraus

2

USA." The letter did not identify any specific sinks by make or model number, nor did it allege infringement of any claim of the '085 patent. A true and correct copy of Elkay's March 18, 2019 letter is attached hereto as Exhibit B.

12. Kraus forwarded the March 18, 2019 letter to Elleci for review and reply. On or about May 28, 2019, Elleci, through counsel, sent a letter to Elkay's counsel requesting additional information regarding any allegations of infringement of the '085 patent by Elleci manufactured sinks. A true and correct copy of Elleci's May 28, 2019 letter is attached hereto as Exhibit C.

13. On or about December 6, 2019, Elkay's counsel sent a response to Elleci's May 28, 2019 letter alleging that "Model No. KGFI-33WHITE of the Bellucci line of sinks" infringes certain claims of the '085 patent. As noted in the December 6, 2019 letter, the accused Model No. KGFI-33WHITE sink is manufactured by Elleci. A true and correct copy of Elkay's December 6, 2019 letter is attached hereto as Exhibit D.

14. Elleci rejected, and continues to reject, Elkay's allegations of patent infringement. Over approximately the next six months, from January through June of 2020, counsel for Elleci and Elkay engaged in a series of communications, both written and verbal, regarding the merits of Elkay's infringement allegations. These communications included the exchange of photographs of a sample of the accused sink and drawings of the related molds. In addition, Elleci provided a sample of the accused sink to Elkay for Elkay's inspection.

15. On or about November 16, 2020, Elkay filed a complaint for patent infringement against Kraus in the U.S. District Court for the Eastern District of New York alleging that certain of the Belluci™ Series farmhouse sinks manufactured by Elleci infringe the '085 patent. A true and correct copy of Elkay's complaint against Kraus is attached hereto as Exhibit E.

16. In particular, Elkay alleged that at least the following sinks infringe the '085 patent: a 30" line of Flat Apron Front sinks in various colors (KGF1-30WHITE, KGF1-30BROWN, KGF2-30MGR, KGF2-30MBL, KGF2-30MBR, KGF1-30BLACK)), and a 33" line of Flat Apron Front sinks in various colors (KGF2-33MBL, KGF1-33BROWN, KGF1-33BLACK, KGF2-33MBR, KGF2-33MGR, KGF1-33WHITE) (hereinafter the "Accused Products"). *See* Exhibit E at ¶ 29. Each of the Accused Products identified in Elkay's complaint was manufactured and supplied by Elleci.

17. Elleci rejects Elkay's allegations of patent infringement set forth in the complaint. Elleci's sinks, including the Accused Products, do not infringe any claim of the '085 patent, either literally or under the doctrine of equivalents.

18. Therefore, there is an immediate, real, and substantial justiciable controversy between Elleci and Elkay related to Elkay's allegations that Elleci infringes the '085 patent by importing and selling the Accused Products in the United States. This controversy is of such immediacy and reality as to warrant declaratory relief. Therefore, Elleci brings this declaratory judgment action seeking a declaration that it and the Accused Products do not infringe any claims of the '085 patent.

## COUNT I
**(Declaratory Judgment of Non-infringement of the '085 patent)**

19. Plaintiff realleges and incorporates herein by reference the allegations set forth above.

20. Elkay has alleged and continues to assert that the Accused Products infringe the '085 patent.

21. The Accused Products do not infringe any claim of the '085 patent.

22. An actual controversy thus exists between Elleci and Elkay as to whether the Accused Products infringe the '085 patent.

23. Elleci seeks a declaratory judgement from this Court under Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201 that Elleci is not infringing and has not infringed the '085 patent and granting Elleci all other declaratory relief to which it may be entitled.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Elleci respectfully prays for relief against Defendant Elkay as follows:

A. For a declaration that Elleci and the Accused Products have not infringed and are not infringing any claim of the '085 patent;

B. Enjoin Elkay, its assigns, and all those in privity therewith from asserting any claim of the '085 patent against Elleci or the Accused Products;

C. Enjoin Elkay, its assigns, and all those in privity therewith from asserting any claim of the '085 patent against any of Elleci's customers, distributors, or suppliers with respect to the Accused Products;

D. Find this case exceptional under 35 U.S.C. §285 and award to Elleci its attorney fees and costs; and

G. For such other and further relief as the Court may deem appropriate.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | David E. Moore (#3983) |
| Andrew C. Ryan | Bindu A. Palapura (#5370) |
| CANTOR COLBURN LLP | Alan R. Silverstein (#5066) |
| 20 Church Street, 22nd Floor | Hercules Plaza, 6th Floor |
| Hartford, CT 06103-3207 | 1313 N. Market Street |
| Tel: (860) 286-2929 | Wilmington, DE 19801 |
|  | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | asilverstein@potteranderson.com |
| Dated: June 17, 2021 | *Attorneys for Plaintiff Elleci S.p.A.* |
| 7236498 / 51914 |  |